# In the Supreme Court of the State of Alaska

BENJAMIN C.,            )    Supreme Court No. S-17968

               )

        Appellant,      )

               )           **ORDER**

    v.                   )    **Withdraw and Reissue Opinion**

               )

NALANI S.,             )    December 29, 2021

               )

        Appellee.       )

_____ )

Before:      Winfree, Chief Justice, Maassen, Carney, and Borghesan, Justices. [Henderson, Justice, not participating.]

Having considered Benjamin C.'s Petition for Rehearing,

**IT IS ORDERED** that the Petition for Rehearing is **GRANTED IN PART** but otherwise **DENIED**, and:

    1.      Memorandum Opinion And Judgment No. 1859 issued on November 17, 2021, is **WITHDRAWN**.

    2.      Memorandum Opinion And Judgment No. 1867 is issued on December 29, 2021, in its place, revising the first sentence as follows:

> A superior court awarded ~~primary~~ shared physical custody ~~to~~ ~~of~~ a ~~child's~~ to the mother and father and ordered the father to pay child support.

Entered by direction of the court.

                           Clerk of the Appellate Courts

                              /s/

                    _____

                    Meredith Montgomery

cc:     Supreme Court Justices
        Publishers

Distribution:

Benjamin C.

Nalani S.